IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>William Scott Kalna and Suzanne Kalana,<br>　　　Debtor(s)<br><br>Suzanne Kalana,<br>　　　Movant<br>　　　　　　　v.<br>West Penn Allegheny Health System and Ronda J.<br>Winnecour, Trustee,<br>　　　Respondent(s)<br><br>D#2 SSN: xxx-xxx-7708 | Bankruptcy No. 20-23012-CMB<br><br>Chapter 13<br><br>Document No. WO-2 |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Joint Debtor, Suzanne Kalana, having filed a Chapter 13 petition and Joint Debtor having moved to attach wages to fund the Chapter 13 plan,

　　　IT IS, THERFORE, ORDERED that until further order of this Court, the entity from which the Joint Debtor receives income:

　　　　　West Penn Allegheny Health System
　　　　　c/o Payroll Coordinator
　　　　　30 Isabella Street
　　　　　Pittsburgh, PA 15212

Shall deduct from said income the sum of $ 1,440.00  Bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Joint Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　　　　RONDA J. WINNECOUR, TRUSTEE
　　　　　P.O. BOX 84051
　　　　　CHICAGO IL  60689-4002

　　　IT IS FURTHER ORDERED that the above named entity shall notify the Trustee if the Joint Debtor's income is terminated and the reason therefore.

　　　IT IS FURTHER ORDERED that all remaining income of the Joint Debtor, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Joint Debtor in accordance with usual payment procedures.

　　　IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY

AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

    IT IS FURTHER ORDERED that the above name entity shall not charge any fee to the Joint Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

    IT IS FURTHER ORDERED that the Joint Debtor shall serve this order and copy of the Notification of Joint Debtor's Social Security Number, Local Form No. 12 that includes the Joint Debtor's full social security number on the above-named entity.  Joint Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

    IT IS FURTHER ORDERED that the Joint Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing.  Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this \_\_\_5th\_\_\_ day of \_\_\_November_____, 2021.

_(signed)_ Carlota M. Böhm    dmk
Hon. Carlota M. Böhm
United States Bankruptcy Court

FILED
11/5/21 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William Scott Kalna  
Suzanne E Kalna  
    Debtors

Case No. 20-23012-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 2  
Date Rcvd: Nov 05, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Scott Kalna, Suzanne E Kalna, 60 Strikertown Road, West Newton, PA 15089-1805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | West Penn Allegheny Health System, atten: payroll, 30 Isabella Street, Pittsburgh, PA 15212-5862 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | |
| | on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | |
| | on behalf of Debtor William Scott Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@fili |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Nov 05, 2021 Form ID: pdf900 Total Noticed: 1

ngs.docketbird.com

Kristen D. Little
on behalf of Creditor Specialized Loan Servicing LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6