**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM SCOTT KALNA<br>SUZANNE E KALNA<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:20-23012<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.


December 23, 2025　　　　　　　　　　　　　　/s/  Ronda J. Winnecour
　　　　　　　　　　　　　　　　　　　　　　RONDA J WINNECOUR PA ID #30399
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE WD PA
　　　　　　　　　　　　　　　　　　　　　　600 GRANT STREET
　　　　　　　　　　　　　　　　　　　　　　SUITE 3250 US STEEL TWR
　　　　　　　　　　　　　　　　　　　　　　PITTSBURGH, PA  15219
　　　　　　　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/23/2020 and confirmed on 2/9/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 174,055.00 |
| Less Refunds to Debtor | 888.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 173,166.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 8,652.12 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,152.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 35,243.12 | 0.00 | 35,243.12 |
|     Acct: 8806 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 77,342.86 | 0.00 | 77,342.86 |
|     Acct: 4674 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 18,510.30 | 18,510.30 | 0.00 | 18,510.30 |
|     Acct: 4674 | | | | |
|   PNC BANK NA | 13,826.79 | 13,826.79 | 0.00 | 13,826.79 |
|     Acct: 8806 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 4,568.86 | 4,568.86 | 817.75 | 5,386.61 |
|     Acct: 8213 | | | | |
| | | | | 150,309.68 |
| **Priority** | | | | |
|   COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM SCOTT KALNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM SCOTT KALNA | 888.30 | 888.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONONI & COMPANY PC** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONONI & COMPANY PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1480 | | | | |
| | | ***N O N E*** | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 4,792.76 | 888.85 | 0.00 | 888.85 |
|     Acct: 6075 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 20,423.32 | 3,787.63 | 0.00 | 3,787.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3093 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8299 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2471 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2629 | | | | |
|   LVNV FUNDING LLC | 3,876.48 | 718.91 | 0.00 | 718.91 |
| Acct: 8843 | | | | |
|   COAST TO COAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7678 | | | | |
|   COAST TO COAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6985 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 365.36 | 67.76 | 0.00 | 67.76 |
| Acct: 1381 | | | | |
|   KAYLEE TISSUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9944 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PNC BANK NA | 13,051.22 | 2,420.43 | 0.00 | 2,420.43 |
| Acct: 2039 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 2,575.52 | 477.65 | 0.00 | 477.65 |
| Acct: 2043 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 666.25 | 123.56 | 0.00 | 123.56 |
| Acct: 2273 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 1,646.92 | 305.43 | 0.00 | 305.43 |
| Acct: 4356 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2047 | | | | |
|   TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8699 | | | | |
|   TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3371 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 3,053.81 | 566.35 | 0.00 | 566.35 |
| Acct: 0001 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4133 | | | | |
|   WEST PENN POWER* | 5,540.34 | 1,027.49 | 0.00 | 1,027.49 |
| Acct: 2111 | | | | |
|   WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0727 | | | | |
|   LVNV FUNDING LLC | 1,730.04 | 320.84 | 0.00 | 320.84 |
| Acct: 0068 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2273 | | | | |
|   LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,704.90 |

TOTAL PAID TO CREDITORS                                                                              161,014.58

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 36,905.95 |
| UNSECURED | 57,722.02 |

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM SCOTT KALNA
    SUZANNE E KALNA
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:20-23012

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23012-CMB |
| William Scott Kalna | Chapter 13 |
| Suzanne E Kalna | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Scott Kalna, Suzanne E Kalna, 60 Strikertown Road, West Newton, PA 15089-1805 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067 UNITED STATES 19067-5582 |
| cr | + | Seneca Mortgage Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | Seneca Mortgage Servicing LLC C/O Specialized Loan, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15302361 | + | Westmoreland County Tax Claim Bureau, 2 North Main Street, Suite 406, Greensburg, PA 15601-2417 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 08 2026 00:29:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2026 00:27:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jan 08 2026 00:29:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15302340 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 08 2026 00:29:00 | Bank of America, 4161 piedmont Parkway, Greensboro, NC 27410 |
| 15305192 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 08 2026 00:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15302341 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 08 2026 00:27:26 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15306302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 08 2026 00:27:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15302342 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 08 2026 00:27:52 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850-5278 |
| 15302343 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 08 2026 00:27:26 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 15302344 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 08 2026 00:27:41 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 15302345 | + | Email/Text: Bk@c2cfsi.com | Jan 08 2026 00:29:00 | Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831 |
| 15302346 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2026 00:29:00 | Comenitybank/catherine, Po Box 182789, |

Case 20-23012-CMB    Doc 103    Filed 01/09/26    Entered 01/10/26 00:36:24    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 15302358 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 08 2026 00:27:28 | | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15302347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Jan 08 2026 00:27:26 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15315609 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 08 2026 00:27:27 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15838181 | + | Email/Text: mtgbk@shellpointmtg.com Jan 08 2026 00:29:00 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15302348 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Jan 08 2026 00:29:00 | | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15302349 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 08 2026 00:29:00 | | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15319160 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 08 2026 00:29:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15325610 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 08 2026 00:29:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15302350 | + | Email/Text: bnc-quantum@quantum3group.com Jan 08 2026 00:29:00 | | Quantum3 Group LLC as agent, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15303997 | | Email/Text: bnc-quantum@quantum3group.com Jan 08 2026 00:29:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15303302 | | Email/Text: bnc-quantum@quantum3group.com Jan 08 2026 00:29:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15302351 | | Email/Text: bkelectronicnoticecourtmail@computershare.com Jan 08 2026 00:29:00 | | Specialized Loan Servicing, 8742 Lucent Blvd. Suite 300, Littleton, CO 80129 |
| 15314864 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jan 08 2026 00:29:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15518045 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Jan 08 2026 00:29:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15302862 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2026 00:27:53 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15302352 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 08 2026 00:27:39 | | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302353 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 08 2026 00:27:39 | | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302354 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 08 2026 00:27:39 | | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302355 | | Email/Text: bncmail@w-legal.com Jan 08 2026 00:29:00 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 15302356 | + | Email/Text: Bankruptcy@TekCollect.com Jan 08 2026 00:29:00 | | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 15302357 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 08 2026 00:29:00 | | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 15322868 | | Email/PDF: ebn_ais@aisinfo.com Jan 08 2026 00:27:27 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15311769 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com Jan 08 2026 00:27:52 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |

| | | | | |
|---|---|---|---|---|
| 15302359 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 08 2026 00:27:39 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15302360 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 08 2026 00:29:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15302362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 08 2026 00:27:39 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Specialized Loan Servicing, LLC |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15546711 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2026　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Specialized Loan Servicing LLC logsecf@logs.com |
| Corey J. Sacca | on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Corey J. Sacca | on behalf of Debtor William Scott Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 43

Ronda J. Winnecour
    ustpregion03.pi.ecf@usdoj.gov
    cmecf@chapter13trusteewdpa.com

TOTAL: 8