Form 408hr

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William Scott Kalna** | : | Case No. 20−23012−CMB |
| **Suzanne E Kalna** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 98 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/25/26 at 11:30 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this ***The 2nd of January, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 98 by the Chapter 13 Trustee,

      It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

      (1)  ***On or before February 17, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***March 25, 2026 at 11:30 AM*** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Bohm's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Bohm's website (which can be found at https://www.pawb.uscourts.gov/judge−bohms−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Bohm's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures−1.

      (3)  If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Carlota M Bohm posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

*Carlota M. Böhm* (signature)
Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23012-CMB |
| William Scott Kalna | Chapter 13 |
| Suzanne E Kalna | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 02, 2026 | Form ID: 408hr | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

@     Recipients marked '@' were noticed on Jan 05, 2026.

\>     Recipients marked '>' were noticed on Jan 04, 2026.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | William Scott Kalna, Suzanne E Kalna, 60 Strikertown Road, West Newton, PA 15089-1805 |
| @cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067 UNITED STATES 19067-5582 |
| >cr | + | Seneca Mortgage Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| >cr | + | Seneca Mortgage Servicing LLC C/O Specialized Loan, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| @15302361 | + | Westmoreland County Tax Claim Bureau, 2 North Main Street, Suite 406, Greensburg, PA 15601-2417 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 03 2026 01:32:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2026 01:37:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jan 03 2026 01:32:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15302340 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 03 2026 01:32:00 | Bank of America, 4161 piedmont Parkway, Greensboro, NC 27410 |
| 15305192 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 03 2026 01:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15302341 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:50 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15306302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15302342 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2026 01:37:54 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850-5278 |
| 15302343 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 03 2026 01:37:50 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 15302344 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2026 01:37:52 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 15302345 | + | Email/Text: Bk@c2cfsi.com | Jan 03 2026 01:32:00 | Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, |

Case 20-23012-CMB   Doc 104   Filed 01/07/26   Entered 01/12/26 10:31:17   Desc Main
Document      Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Jan 02, 2026 | Form ID: 408hr | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Thousand Oaks, CA 91360-5831 |
| 15302346 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jan 03 2026 01:32:00 | | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 15302358 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Jan 03 2026 01:38:01 | | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15302347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Jan 03 2026 01:37:59 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15315609 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Jan 03 2026 01:38:00 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15838181 | + | Email/Text: mtgbk@shellpointmtg.com<br>Jan 03 2026 01:32:00 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15302348 | | Email/Text: RVSVCBICNOTICE1@state.pa.us<br>Jan 03 2026 01:32:00 | | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15302349 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Jan 03 2026 01:32:00 | | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15319160 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Jan 03 2026 01:32:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15325610 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Jan 03 2026 01:32:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15302350 | + | Email/Text: bnc-quantum@quantum3group.com<br>Jan 03 2026 01:32:00 | | Quantum3 Group LLC as agent, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15303997 | | Email/Text: bnc-quantum@quantum3group.com<br>Jan 03 2026 01:32:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15303302 | | Email/Text: bnc-quantum@quantum3group.com<br>Jan 03 2026 01:32:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15302351 | | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jan 03 2026 01:32:00 | | Specialized Loan Servicing, 8742 Lucent Blvd. Suite 300, Littleton, CO 80129 |
| 15314864 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jan 03 2026 01:32:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15518045 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Jan 03 2026 01:32:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15302862 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jan 03 2026 01:37:51 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15302352 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Jan 03 2026 01:37:50 | | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302353 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Jan 03 2026 01:37:59 | | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302354 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Jan 03 2026 01:37:54 | | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302355 | | Email/Text: bncmail@w-legal.com<br>Jan 03 2026 01:32:00 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 15302356 | + | Email/Text: Bankruptcy@TekCollect.com<br>Jan 03 2026 01:32:00 | | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 15302357 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Jan 03 2026 01:32:00 | | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 15322868 | | Email/PDF: ebn_ais@aisinfo.com<br>Jan 03 2026 01:37:56 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

Case 20-23012-CMB   Doc 104   Filed 01/07/26   Entered 01/12/26 10:31:17   Desc Main
Document      Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: 408hr | Total Noticed: 43 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15311769 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 03 2026 01:37:51 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15302359 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jan 03 2026 01:37:59 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15302360 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 03 2026 01:32:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15302362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2026 01:37:50 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Specialized Loan Servicing, LLC |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15546711 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Specialized Loan Servicing LLC logsecf@logs.com |
| Corey J. Sacca | on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Corey J. Sacca | on behalf of Debtor William Scott Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Maria Miksich | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 02, 2026 | Form ID: 408hr | Total Noticed: 43

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Matthew Fissel
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 9