IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          )
WILLIAM SCOTT KALNA                             )   Bankruptcy No. 20-23012-CMB
SUZANNE E. KALNA,                               )
  **Debtor(s**)                       )   Chapter 13
                                                )
CREDIT ACCEPTANCE CORPORATION,                  )
  **Movant**                          )   Related To Document No. 106
                                                )
  v.                                  )   **ENTERED BY DEFAULT**
                                                )
WILLIAM SCOTT KALNA                             )
SUZANNE E. KALNA,                               )
  **Respondent(s)**                   )
                                                )
RONDA J. WINNECOUR,                             )
  **Trustee**

**ORDER OF COURT**

AND NOW, this  13th  day of  March , 2026, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Credit Acceptance Corporation is permitted to enforce its rights in the property

described as a **2020 Kia Sportage** bearing vehicle identification number

KNDPNCAC6L7750444, to the extent and in the manner provided by any applicable contract

documents and non-bankruptcy law, including but not limited to repossession of said property.

_____
Carlota M. Böhm  **glb**
United States Bankruptcy Judge

SIGNED
3/13/26 7:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-23012-CMB

William Scott Kalna  Chapter 13

Suzanne E Kalna
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2

Date Rcvd: Mar 13, 2026  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID   Recipient Name and Address**
db/jdb  +  William Scott Kalna, Suzanne E Kalna, 60 Strikertown Road, West Newton, PA 15089-1805

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

**Name   Email Address**

Corey J. Sacca

on behalf of Debtor William Scott Kalna csacca@bononilaw.com
coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com

Corey J. Sacca

on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com
coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com

Elizabeth K. Holdren

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com
eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Heather Stacey Riloff

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC logsecf@logs.com

District/off: 0315-2                                    User: auto                                         Page 2 of 2

Date Rcvd: Mar 13, 2026                          Form ID: pdf900                              Total Noticed: 1

Heather Stacey Riloff
                    on behalf of Creditor Specialized Loan Servicing  LLC logsecf@logs.com

Kaitlin Shire
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com
                    lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Maria Miksich
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Matthew Fissel
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

William E. Craig
                    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11