**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William Scott Kalna | Social Security number or ITIN   xxx–xx–1480 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Suzanne E Kalna | Social Security number or ITIN   xxx–xx–7708 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–23012–CMB

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Scott Kalna

Suzanne E Kalna

3/17/26

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W
**Chapter 13 Discharge**
page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23012-CMB |
| William Scott Kalna | Chapter 13 |
| Suzanne E Kalna | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 17, 2026 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Scott Kalna, Suzanne E Kalna, 60 Strikertown Road, West Newton, PA 15089-1805 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067 UNITED STATES 19067-5582 |
| cr | + | Seneca Mortgage Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | Seneca Mortgage Servicing LLC C/O Specialized Loan, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15302361 | + | Westmoreland County Tax Claim Bureau, 2 North Main Street, Suite 406, Greensburg, PA 15601-2417 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 18 2026 05:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 18 2026 05:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 18 2026 01:33:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 18 2026 01:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | EDI: PRA.COM | Mar 18 2026 05:20:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 18 2026 01:33:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15302340 | | EDI: BANKAMER | Mar 18 2026 05:20:00 | Bank of America, 4161 piedmont Parkway, Greensboro, NC 27410 |
| 15305192 | + | EDI: BANKAMER2 | Mar 18 2026 05:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15302341 | + | EDI: CAPITALONE.COM | Mar 18 2026 05:20:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15306302 | | EDI: CAPITALONE.COM | Mar 18 2026 05:20:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15302342 | + | EDI: JPMORGANCHASE | Mar 18 2026 05:20:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850-5278 |
| 15302343 | + | EDI: JPMORGANCHASE | | |

District/off: 0315-2                                    User: auto                                    Page 2 of 4

Date Rcvd: Mar 17, 2026                              Form ID: 3180W                              Total Noticed: 46

| | | | Mar 18 2026 05:20:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |

15302344    +   EDI: CITICORP

Mar 18 2026 05:20:00   Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040

15302345    +   Email/Text: Bk@c2cfsi.com

Mar 18 2026 01:33:00   Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, Thousand Oaks, CA 91360-5831

15302346    +   EDI: WFNNB.COM

Mar 18 2026 05:20:00   Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789

15302358        EDI: CITICORP

Mar 18 2026 05:20:00   Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040

15302347    +   EDI: CAPITALONE.COM

Mar 18 2026 05:20:00   Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120

15315609        Email/PDF: resurgentbknotifications@resurgent.com

Mar 18 2026 01:37:07   LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

15838181    +   Email/Text: mtgbk@shellpointmtg.com

Mar 18 2026 01:33:00   NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826

15302348        EDI: PENNDEPTREV

Mar 18 2026 05:20:00   PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946

15302349        Email/Text: Bankruptcy.Notices@pnc.com

Mar 18 2026 01:33:00   PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101

15319160        Email/Text: Bankruptcy.Notices@pnc.com

Mar 18 2026 01:33:00   PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101

15325610        Email/Text: Bankruptcy.Notices@pnc.com

Mar 18 2026 01:33:00   PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101

15302350    +   EDI: Q3G.COM

Mar 18 2026 05:20:00   Quantum3 Group LLC as agent, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788

15303997        EDI: Q3G.COM

Mar 18 2026 05:20:00   Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788

15303302        EDI: Q3G.COM

Mar 18 2026 05:20:00   Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788

15302351        Email/Text: bkelectronicnoticecourtmail@computershare.com

Mar 18 2026 01:33:00   Specialized Loan Servicing, 8742 Lucent Blvd. Suite 300, Littleton, CO 80129

15314864    +   Email/Text: bkelectronicnoticecourtmail@computershare.com

Mar 18 2026 01:33:00   Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720

15518045    +   Email/Text: bkelectronicnoticecourtmail@computershare.com

Mar 18 2026 01:33:00   Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720

15302862    +   EDI: PRA.COM

Mar 18 2026 05:20:00   Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

15302352    +   EDI: SYNC

Mar 18 2026 05:20:00   Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

15302353    +   EDI: SYNC

Mar 18 2026 05:20:00   Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

15302354    +   EDI: SYNC

Mar 18 2026 05:20:00   Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

15302355        EDI: WTRRNBANK.COM

Mar 18 2026 05:20:00   Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440

15302356    +   Email/Text: Bankruptcy@TekCollect.com

District/off: 0315-2                   User: auto                                    Page 3 of 4

Date Rcvd: Mar 17, 2026                Form ID: 3180W                                Total Noticed: 46

| | | | |
|---|---|---|---|
| | | Mar 18 2026 01:33:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 15302357 | + EDI: VERIZONCOMB.COM | | |
| | | Mar 18 2026 05:20:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 15322868 | EDI: AIS.COM | | |
| | | Mar 18 2026 05:20:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15311769 | + EDI: WFFC2 | | |
| | | Mar 18 2026 05:20:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15302359 | + EDI: WFAUTO | | |
| | | Mar 18 2026 05:20:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15302360 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Mar 18 2026 01:33:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15302362 | + EDI: CAPITALONE.COM | | |
| | | Mar 18 2026 05:20:00 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Specialized Loan Servicing, LLC |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15546711 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | |
| | on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Corey J. Sacca | |
| | on behalf of Debtor William Scott Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com |

District/off: 0315-2                                  User: auto                                        Page 4 of 4

Date Rcvd: Mar 17, 2026                              Form ID: 3180W                                   Total Noticed: 46

eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Heather Stacey Riloff

on behalf of Creditor Specialized Loan Servicing  LLC logsecf@logs.com

Heather Stacey Riloff

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC logsecf@logs.com

Kaitlin Shire

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com
lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Maria Miksich

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11