# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    WILLIAM SCOTT KALNA
    SUZANNE E KALNA
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:20-23012

Chapter 13

Related to: Document No. 98

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____17th_____ day of _____March_____, 20 _26_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/17/26 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_    **glb**
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23012-CMB |
| William Scott Kalna | Chapter 13 |
| Suzanne E Kalna | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Scott Kalna, Suzanne E Kalna, 60 Strikertown Road, West Newton, PA 15089-1805 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067 UNITED STATES 19067-5582 |
| cr | + | Seneca Mortgage Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | Seneca Mortgage Servicing LLC C/O Specialized Loan, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15302361 | + | Westmoreland County Tax Claim Bureau, 2 North Main Street, Suite 406, Greensburg, PA 15601-2417 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 18 2026 01:33:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 18 2026 01:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 01:36:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 18 2026 01:33:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15302340 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 18 2026 01:33:00 | Bank of America, 4161 piedmont Parkway, Greensboro, NC 27410 |
| 15305192 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Mar 18 2026 01:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15302341 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 01:37:06 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15306302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 01:37:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15302342 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2026 01:37:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850-5278 |
| 15302343 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2026 01:36:55 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 15302344 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2026 01:37:08 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 15302345 | + | Email/Text: Bk@c2cfsi.com | Mar 18 2026 01:33:00 | Coast to Coast Financial Solutions, Attn:Bankruptcy, 101 Hodencamp Rd Ste 120, |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 44

| | | | |
|---|---|---|---|
| | | | Thousand Oaks, CA 91360-5831 |
| 15302346 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2026 01:33:00 | Comenitybank/catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 15302358 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2026 01:36:58 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15302347 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 01:37:01 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15315609 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 01:37:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15838181 | + Email/Text: mtgbk@shellpointmtg.com | Mar 18 2026 01:33:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15302348 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2026 01:33:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15302349 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2026 01:33:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15319160 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2026 01:33:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15325610 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 18 2026 01:33:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15302350 | + Email/Text: bnc-quantum@quantum3group.com | Mar 18 2026 01:33:00 | Quantum3 Group LLC as agent, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15303997 | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2026 01:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15303302 | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2026 01:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15302351 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 18 2026 01:33:00 | Specialized Loan Servicing, 8742 Lucent Blvd. Suite 300, Littleton, CO 80129 |
| 15314864 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 18 2026 01:33:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15518045 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 18 2026 01:33:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15302862 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 01:37:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15302352 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 01:37:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302353 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 01:36:56 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302354 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2026 01:37:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15302355 | Email/Text: bncmail@w-legal.com | Mar 18 2026 01:33:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 15302356 | + Email/Text: Bankruptcy@TekCollect.com | Mar 18 2026 01:33:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 15302357 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 18 2026 01:33:00 | Verizon, Attn: Wireless Bankrupty Admin, 500 Technology Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 15322868 | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2026 01:37:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

District/off: 0315-2                          User: auto                                    Page 3 of 4

Date Rcvd: Mar 17, 2026                       Form ID: pdf900                               Total Noticed: 44

| 15311769 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
|---|---|---|---|
| | | Mar 18 2026 01:37:06 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15302359 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | Mar 18 2026 01:36:56 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 15302360 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Mar 18 2026 01:33:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15302362 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Mar 18 2026 01:36:56 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | Specialized Loan Servicing, LLC |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15546711 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Corey J. Sacca | |
| | on behalf of Joint Debtor Suzanne E Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Corey J. Sacca | |
| | on behalf of Debtor William Scott Kalna csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com;corey-sacca-3942@ecf.pacerpro.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Heather Stacey Riloff | |
| | on behalf of Creditor Specialized Loan Servicing  LLC logsecf@logs.com |
| Heather Stacey Riloff | |
| | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC logsecf@logs.com |
| Kaitlin Shire | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com |

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Mar 17, 2026

Form ID: pdf900

Total Noticed: 44

lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Maria Miksich

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Matthew Fissel

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11